UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S2 09-CR-962-02 (PAE) |
| -v- | ORDER |
| LIXANDER MORALES, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court today, on the joint application of the parties, dismissed counts 2 and 5 of the S2 indictment, as infirm in light of *United States v. Davis* and its progeny. The Court then re-sentencing defendant Morales, based on his previous guilty pleas to counts 1, 3, 4, 6 and 7.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 9, 2021
       New York, New York