UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIXANDER MORALES,<br><br>             Defendant. | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**<br><br>09-CR-962-02 (PAE) |

For the reasons set forth on the record at the February 9, 2024 status conference in this matter, it is hereby

ORDERED that the defendant's conditions of supervised release are modified to include a term of in-patient drug treatment to begin the week of March 4, 2024 and to continue so long as the Probation Office, in its discretion, deems necessary;

IT IS FURTHER ORDERED that the defendant shall follow the directions of the Probation Office regarding the date and time at which he should report to begin treatment;

IT IS FURTHER ORDERED that the defendant shall continue to participate out-patient drug treatment until he begins his term of in-patient treatment and shall resume out-patient treatment as directed by the Probation Office following the completion of in-patient treatment.

Dated:  New York, New York

      February 20, 2024

                                                      *Paul A. Engelmayer*
                                            _____
                                            THE HONORABLE PAUL A. ENGELMAYER
                                            UNITED STATES DISTRICT JUDGE